FILED
CLERK U.S. DISTRICT COURT

SEP 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENTIAL REAL ESTATE AFFILIATES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEHMAN REALTY SERVICES, INC., a corporation doing business in the State of Florida; JERRY N. LEHMAN aka JERRY LEHMAN aka JEROME N. LEHMAN aka JEROME LEHMAN, an individual; ELIZABETH LEHMAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 11-02679 SVW (FFMx)<br>Hon. Stephen V. Wilson, Ctrm. 6<br>Hon. Magistrate Judge Frederick F. Mumm<br><br>[Proposed] Judgment Against Defendants Lehman Realty Services, Inc. and Jerry N. Lehman aka Jerry Lehman aka Jerome N. Lehman aka Jerome Lehman and in Favor of Plaintiff Prudential Real Estate Affiliates, Inc.<br><br>Date of Filing:   March 30, 2011<br>Trial Date:        No Date Set |

WHEREAS plaintiff Prudential Real Estate Affiliates, Inc. ("PREA") and defendants Lehman Realty Services, Inc. ("LRS") and Jerry N. Lehman aka Jerry Lehman aka Jerome N. Lehman aka Jerome Lehman ("Mr. Lehman") entered into a Stipulation re Entry of Judgment Against Defendants Lehman Realty Services, Inc.

///

and Jerry N. Lehman aka Jerry Lehman aka Jerome N. Lehman aka Jerome Lehman and in Favor of Plaintiff Prudential Real Estate Affiliates, Inc. ("Stipulation");

WHEREAS, pursuant to the Stipulation, PREA and LRS and Mr. Lehman waived all rights to appeal the judgment that the court shall enter judgment pursuant to the Stipulation;

WHEREAS there is no just reason for delay as LRS and Mr. Lehman have stipulated to the entry of this final judgment against LRS and Mr. Lehman and this final judgment will resolve this action in its entirety as to LRS and Mr. Lehman;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff Prudential Real Estate Affiliates, Inc. is hereby awarded judgment on its complaint against defendants Lehman Realty Services, Inc. and Jerry N. Lehman aka Jerry Lehman aka Jerome N. Lehman aka Jerome Lehman, jointly and severally, in the amount of $214,530.27. Interest shall accrue at the legal rate on all amounts adjudged against LRS and Mr. Lehman in favor of PREA from July 30, 2011 until the judgment is paid in full.

2. That certain Settlement Agreement executed by plaintiff Prudential Real Estate Affiliates, Inc. and defendants Lehman Realty Services, Inc. and Jerry N. Lehman aka Jerry Lehman aka Jerome N. Lehman aka Jerome Lehman concurrently with the Stipulation shall survive the entry of this judgment, and Prudential Real Estate Affiliates, Inc. shall be entitled to enforce all of its rights pursuant to such Settlement Agreement and this judgment.

3. In any action or proceeding to interpret or enforce Prudential Real Estate Affiliates, Inc.'s, Lehman Realty Services, Inc.'s, or Jerry N. Lehman aka Jerry Lehman aka Jerome N. Lehman aka Jerome Lehman's rights and obligations

///
///
///
///

under this judgment or the Settlement Agreement, the prevailing party shall be entitled to recover his or its reasonable costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 9/21/11

Hon. Stephen V. Wilson
United States District Court Judge

Submitted by:

Dated: September 20, 2011

SNELL & WILMER L.L.P.

By: _____
William S. O'Hare
Elizabeth M. Weldon
Patrick W. Kelly
Attorneys for Plaintiff Prudential Real Estate Affiliates, Inc.

13418291.1